AO 442 (Rev. 01/09) Arrest Warrant                                        /0279/28

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
JESUS CONTRERAS-ARCEO
a/k/a "Canasto"

Case No. 1:12-cr-398

FEB 3 2020

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JESUS CONTRERAS-ARCEO a/k/a "Canasto",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to manufacture methamphetamine for importation, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 963 and 959(a) and Conspiracy to commit money laundering.

Date: 3/10/17

*Issuing officer's signature*

City and state: Alexandria, VA

Judith Lanham, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 03/10/2017, and the person was arrested on *(date)* 01/31/2020
at *(city and state)* DULLES, VA.

Date: 02/03/2020

*Arresting officer's signature*

RUFENER DUNN
*Printed name and title*