## UNITED STATES DISTRICT COURT
## * Arraignment *

Date:  02/21/2020                              Case No.:  1:12-cr-00398-TSE-3
Court Time:  09:28 a.m. – 09:40 a.m. (00:12)

---

## UNITED STATES OF AMERICA v. JESUS CONTRERAS-ARCEO
PRESENT:                Honorable  **T.S. Ellis, III**,   U. S. District Judge

|  |  |
|---|---|
| COURTROOM DEPUTY: | Tanya Randall |
| COURTROOM REPORTER: | Patricia Kaneshiro-Miller |
| ASST. U.S. ATTORNEY: | Raj Parekh |
|  | Rachael Tucker |
| COUNSEL FOR DEFT: | Elizabeth Mullin |
| SPANISH INTERPRETER: | Jaime de Castellvi |

**PROCEEDINGS:**

[ X ] Defendant is arraigned and specifically advised of rights.

[ X ] Defendant waives reading of indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[   ] Indictment/Information read

[ X ] Defendant waived Speedy Trial.  Speedy Trial Waiver submitted in open court.

MOTIONS to be filed by **JUNE 26, 2020** w/RESPONSES **govern by local rules** and ARGUMENT on **JULY 17, 2020 @ 9:00 A.M.**

CASE CONTINUED TO **AUGUST 4, 2020 @ 10:00 A.M.**

- Parties agreed Speedy Trial Date: April 13, 2020.
- Government advised the Court that this is complex case with discovery that needs to be translated and request trial date to be set outside of the speedy trial date. -GRANTED.

[ X ] Discovery Order entered in open court
[ X ] Protective Order entered in open court

**Defendant**    [ X ] Remanded    [   ] Continued on Bond   [   ] Released on _____ Bond – see Order Setting Conditions of Release