

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES :

v. : Case No. 1:12-CR-398-003 (TSE)

JESUS CONTRETRAS ARCEO : Honorable T.S. Ellis, III
**UNDER SEAL**

Defendant. :

## DEFENDANT'S NOTICE OF FILING

The defense respectfully submits to this Court, the attached letter from Mr. Contreras-Arceo in advance of his sentencing. Due to the restrictions imposed by the COVID-19 pandemic, defense counsel was not permitted to visit the defendant in person and consult with him about the letter. Rather, the defendant dictated the letter to counsel (and his paralegal assistant) in Spanish. The letter was then memorialized in Spanish, reviewed with the defendant and translated into English. It is attached hereto for the Court's review. A copy is also being sent via email to the prosecutor in this case.

Respectfully submitted,

Office of Elita C. Amato

/s/
_____
Elita C. Amato
Va Bar No. 75827
2111 Wilson Blvd.,
8th Floor Arlington,
VA 22201
703.522.5900

Local counsel for
Robert Feitel, Esquire

1

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was sent via email this 29th day of April, 2021, to Government counsel in this case, Assistant United States Attorney Rachel Tucker.

/s/
_____
Elita C. Amato

Respetado Honorable Juez Ellis

Mi nombre es Jesús Contreras y soy un acusado en un caso penal ante usted y seré sentenciado pronto. Se que mi abogado estará presentando un documento legal para que considere mi situación antes de la sentencia, pero quería escribirle directamente y explicarle mis circunstancias.

Me declare culpable de cargos penales por narcotráfico y lavado de dinero porque soy culpable. Me arrestaron en México en Julio de 2018 y he esperado ser sentenciado por los delitos cometidos. Estoy casi seguro que todos quienes se presentaron ante usted se señoría, dicen que lo sienten por lo que han hecho. También lo siendo mucho su señoría, pero he intentando demostrar con mas que palabras que soy honesto en mi compromiso de no volverme a involucrar en cosas ilícitas de nuevo.

Me declaré culpable por los delitos y estoy haciendo mi mejor esfuerzo para cooperar con los agentes y fiscales en mi caso. Soy consiente de que no recibiré beneficios por mi cooperación sino hasta en el futuro, pero también quiero dejarle saber que estoy haciendo mas que solo hablar pues estoy arrepentido.

La peor parte de esta situación es que extraño mucho a mi esposa e hijas, pero no les puedo decir lo que estoy haciendo pues es muy peligroso. El Cartel Jalisco Nueva Generación monitorea las llamadas y correos electrónicos y sabe donde vive mi familia. El cartel es el mas violento de México y si Mencho, el líder del cartel supiera lo que estoy haciendo, el secuestraria, torturaría y mataría mi familia.

Quiero que su señoría Juez Ellis sepa que cuando esto termine y este fuera de la prisión, nunca voy a estar involucrado con narcotráfico de nuevo. Lavare pisos, limpiare platos o manejare taxis o lo que sea necesario, pero nunca regresare a una vida delictiva.

Espero que considere mis palabras Juez Ellis y me de la sentencia mas baja posible.

Sinceramente,

Jesús Contreras

Respected Honorable Judge Ellis

My name is Jesus Contreras and I am a defendant in a criminal case before you and will be sentenced by you very soon. I know that my lawyer will be submitting a legal document for you to consider before my sentencing, but I wanted to write to you directly and explain my circumstances.

I pled guilty to the criminal charges of drug trafficking and money laundering against me because I am guilty. I was arrested in Mexico in July of 2018 and have been waiting since that day to be sentenced for the crimes I committed. I am sure that almost everyone who appears before you Judge Ellis says that they are sorry for what they have done. I am also sorry, but I have tried to show with more than words that I am sincere in my commitment never to be involved in such matters again.

I pled guilty to the crimes and am trying my best to cooperate with the prosecutors and agents in my case. I know that I will not be receiving a benefit for my cooperation until sometime in the future, but I also want you to know that I am doing more than just talking about being remorseful.

The worst part of this situation is that I miss my wife and children very much but cannot tell them what I am doing because it is too dangerous. The New Jalisco Generation Cartel monitors phone calls and emails and knows where all of my family lives. The Cartel is the most violent in Mexico and if Mencho, the leader of the Cartel knew what I was doing he would have my family kidnapped, tortured and killed.

I want you to know Judge Ellis that when this is over and I am released from prison, I will never be involved with drugs again. I will wash floors or clean dishes or work driving a taxi or anything I can but I will never return to my life of crime.

I hope you will consider my words Judge Ellis and give me the lowest sentence possible.

Sincerely

Jesus Contreras