IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESUS CONTRERAS-ARCEO,<br><br>*Defendant.* | Case No. 1:12-CR-398 |

### Sealed Order

Upon unopposed motion by the United States, and for good cause shown, the United States' Motion for Limited Unsealing and for a Copy of Sealed Documents is granted, and it is hereby

ORDERED that the United States may disclose the Plea Agreement, Cooperation Addendum, Statement of Facts, Consent Order of Forfeiture, Judgment, transcript of change of plea hearing, and transcript of sentencing hearing to counsel for the defendant in *United States v. Javier Algredo Vazquez* (1:21-CR-597) in the District of Columbia, in accordance with the government's discovery obligations pursuant to the Federal Rules of Criminal Procedure and *Giglio v. United States*, 405 U.S. 150 (1972); and it is further

ORDERED that the Clerk of Court provide the United States with a copy of the above-listed documents, which shall otherwise remain sealed.

The Honorable T.S. Ellis, III
United States District Judge

Date: 5/25/23
Alexandria, Virginia