IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED

2024 JUL 22 A 11: 06

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESUS CONTRERAS ARCEO,<br><br>Defendants. | Case No.  1:12-CR-398 |

## GOVERNMENT'S MOTION TO UNSEAL CASE

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Ryan B. Bredemeier, Assistant United States Attorney, respectfully moves this Court to unseal the above-captioned matter. The circumstances that justified sealing of this matter no longer exist, and it is therefore appropriate that this matter be unsealed at this time. A proposed order is attached.

Respectfully submitted,

Jessica D. Aber
U.S. Attorney

By: _____/s/_____
Ryan B. Bredemeier
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on July 22, 2024, I filed the foregoing document with the Clerk of Court. I further certify that on this same date, I will email a copy of the foregoing to counsel for the defendant.

By: _____/s/_____
Ryan B. Bredemeier
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3982
ryan.bredemeier@usdoj.gov