IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:12-CR-398 |
| JESUS CONTRERAS ARCEO, | |
| Defendants. | |

## ORDER

Upon consideration of the Government's Motion to Unseal Case ("Motion"), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED;

ORDERED that the above-captioned matter is unsealed;

It is SO ORDERED.

_____
Hon. Rossie D. Alston, Jr.
United States District Judge, EDVA

Date: July 23, 2024
Alexandria, Virginia